857 A.2d 1281

IN THE MATTER OF PATRICK J. MOORE, AN ATTORNEY
AT LAW (ATTORNEY NO. 013721989).

October 6, 2004.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 04–169, concluding that **PATRICK J. MOORE** of **DEPTFORD**, who was admitted to the bar of this State in 1989, and who has been suspended from the practice of law since January 15, 2003, should be reprimanded for violating *RPC* 8.1(b) (failure to cooperate with disciplinary authorities), and *RPC* 8.4(d) (conduct prejudicial to the administration of justice), and good cause appearing;

It is ORDERED that **PATRICK J. MOORE** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.